FOLGER LEVIN & KAHN LLP
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant
LANDMARC CAPITAL & INVESTMENT CO.

ORIGINAL FILED
2008 JUL 17 A 11: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA TATRANSKA and DRAHOTIN TATRANSKY, <br><br> Plaintiffs, <br><br> v. <br><br> LANDMARC CAPITAL & INVESTMENT CO., STEVEN DAGGETT, FIDELITY NATIONAL TITLE INSURANCE COMPANY, DOES 1 THROUGH 25, INCLUSIVE, <br><br> Defendants. | Case No. CV 08 3450 SI <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Complaint filed in State Court: June 6, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 17, 2008

FOLGER LEVIN & KAHN LLP

*/s/ Andrew J. Davis*

Andrew J. Davis
Attorneys for Defendant

LANDMARC CAPITAL & INVESTMENT CO.

00001\0218\609965.1
C:\NrPortbl\iManage\AJD\610120_1.DOC