FOLGER LEVIN & KAHN LLP
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant
LANDMARC CAPITAL & INVESTMENT CO.

ORIGINAL FILED
08 JUL 17 PM 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA TATRANSKA and DRAHOTIN TATRANSKY,<br><br>Plaintiffs,<br><br>v.<br><br>LANDMARC CAPITAL & INVESTMENT CO., STEVEN DAGGETT, FIDELITY NATIONAL TITLE INSURANCE COMPANY, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. CV 08-3450<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br>Complaint filed in State Court: June 6, 2008 |

I, Wendy Harrison, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441(b) (FEDERAL QUESTION)**

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** (Superior Court of California, County of Alameda, Case No. HG08391422 )

**CIVIL COVER SHEET**

**CERTIFICATE OF INTERESTED PARTIES**

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

[ADD FOOTER]

1. WELCOME TO THE U.S. DISTRICT CORT (with list of judges attached – Court Handout)

2. ECF REGISTRATION INFORMATION HANDOUT

3. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

4. CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE (with Case Management Conference Order, Standing Order for All Judges, and Judge Illston's Standing Order.)

on the following person in this action:

**Glenn L. Moss**
**Ann Murphy**
**MOSS and MURPHY**
1297 B Street
Hayward, CA  94541

☒ BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States in the state of California that the foregoing is true and correct. Executed on July 17, 2008 at San Francisco, California

*Wendy Harrison*

00001\0218\610143.1

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-2-                      ; CASE NO. (ALAMEDA SUPERIOR HG08391422)