FOLGER LEVIN & KAHN LLP
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant
LANDMARC CAPITAL & INVESTMENT CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIELA TATRANSKA and DRAHOTIN TATRANSKY,<br><br>Plaintiffs,<br><br>v.<br><br>LANDMARC CAPITAL & INVESTMENT CO., STEVEN DAGGETT, FIDELITY NATIONAL TITLE INSURANCE COMPANY, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. CV-08-3450 SI<br><br>**AFFIDAVIT OF MALECIA JEWELL IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:        October 10, 2008<br>Time:       9:00 a.m.<br>Judge:      Honorable Susan Illston<br>Courtroom: 10, 19th Floor<br><br>Complaint filed in State Court: June 6, 2008 |

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

   Malecia Jewell, being first duly sworn, upon her oath, deposes and says:

   1.   I am an officer of Landmarc Capital & Investment Co. ("Landmarc Capital").

   2.   This affidavit is based on my personal knowledge and information.

3.  Landmarc Capital is an Arizona corporation, with its principal and exclusive place of business in Scottsdale, Arizona.

4.  Landmarc Capital provides loans to individuals and entities secured by deeds of trust on Arizona real property.

5.  Landmarc Capital is licensed exclusively in Arizona.

6.  Landmarc Capital is not incorporated in California, does not hold any California licenses, and is not registered to do business in California.

7.  On May 9, 2007, Plaintiffs contacted Landmarc Capital in Arizona to obtain a loan in the amount of $771,000 (the "Loan"), that was to be secured by eight Arizona investment properties (the "Arizona Investment Properties") owned by the Tatranska's.

8.  Landmarc Capital did not send any employees or agents to California to meet with the Tatranska's regarding the Loan.

9.  All contact and communication with the Tatranska's regarding the Loan was done via telephone, facsimile or mail.

10. Landmarc Capital agreed to provide the Loan to the Tatranska's based on the Tatranska's credit and their equity in the Arizona Investment Properties.

11. All loan documents were prepared and executed in Arizona by Landmarc Capital prior to being sent to California for execution by the Tatranska's.

12. On the loan applications signed at closing the Tatranska's stated that the purpose of the Loan was to refinance their investment properties.

13. Landmarc Capital had no indication or expectation as to how the Tatranska's would use the Loan proceeds.

14. As security for the Loan, the Tatranska's consented to Landmarc Capital recording with the Maricopa County Recorder's Office a second position deed of trust on each of the Arizona Investment Properties.

15. The Loan was an interest only loan, governed by Arizona law, which matured on June 1, 2008.

16. During the term of the Loan, the Tatranska's agreed to make monthly interest payments to Landmarc Capital in Arizona.

17. When the Loan matured, on June 1, 2008, the Tatranska's were required to repay the principal amount.

18. The Tatranska's failed to repay the principal amount, and Landmarc Capital has begun foreclosure proceedings on each of the deeds of trust recorded on the Arizona Investment Properties.

19. To date, the Tatranska's have failed to tender any money or even provide any evidence they have the capability to repay the Loan.

_____
Malecia Jewell

SUBSCRIBED AND SWORN before me this 23 day of July, 2008, by Malecia Jewell.

_____
Notary Public

My Commission Expires:

3/13/2011

"OFFICIAL SEAL"
Rebecca Silva
Notary Public Arizona
Maricopa County
My Commission Expires 3/13/2011

3