| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Scott H. Zwillinger
Zwillinger Georgelos & Greek PC
2425 E. Camelback Rd., Suite 600
Phoenix, AZ 85016
602-224-7888

FILED

08 JUL 24 PM 2:43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gabriela Tatranska and Drahotin Tatransky

                Plaintiff(s),

     v.

Landmarc Capital & Investment Co.,
Steven Daggett, Fidelity National Title
Insurance Company

                Defendant(s).

CASE NO. C08-03450 SI

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Scott H. Zwillinger (AZ019645), an active member in good standing of the bar of United States District Court, District of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Landmarc Title & Investment Co. in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Andrew J. Davis (203345), FOLGER LEVIN & KAHN LLP, Embarcadero Center West, 275 Battery St, 23rd Fl, San Francisco CA 94111, 415-986-2800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/17/08

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611921668
Cashier ID: bucklen
Transaction Date: 07/24/2008
Payer Name: zwillinger georgelos and gre
ek
-------------------------------------
PRO HAC VICE
 For: jennifer j axel
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: scott h zwillinger
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
-------------------------------------
CHECK
 Check/Money Order Num: 3888
 Amt Tendered:  $420.00
-------------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:     $0.00

c08-3450si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

UNITED STATES DISTRICT COURT
Northern District of California

Gabriela Tatranska and Drahotin Tatransky

                Plaintiff(s),

v.

Landmarc Capital & Investment Co., Steven Daggett, Fidelity National Title Insurance Company

                Defendant(s).

CASE NO. C08-03450 SI

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Scott H. Zwillinger (AZ019645) , an active member in good standing of the bar of United States District Court, District of Arizona, whose business address and telephone number (particular court to which applicant is admitted) is

Zwillinger Georgelos & Greek PC
2425 E. Camelback Rd., Suite 600
Phoenix, AZ 85016      602-224-7888

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Landmarc Capital & Investment Co.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg

Hon. Susan Illston
United States Magistrate Judge