UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
Northern District of California

Gabriela Tatranska and Drahotin Tatransky

CASE NO. C08-03450 SI

Plaintiff(s),

v.

Landmarc Capital & Investment Co., Steven Daggett, Fidelity National Title Insurance Company

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Scott H. Zwillinger (AZ019645)  ■ , an active member in good standing of the bar of United States District Court, District of Arizona, ■ whose business address and telephone number (particular court to which applicant is admitted) is

Zwillinger Georgelos & Greek PC
2425 E. Camelback Rd., Suite 600
Phoenix, AZ  85016           602-224-7888                                    ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Landmarc Capital & Investment Co.     ■ .

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg

_____
Hon. Susan Illston
United States Magistrate Judge