UNITED STATES DISTRICT COURT
Northern District of California

| | |
|---|---|
| Gabriela Tatranska and Drahotin Tatransky | CASE NO. C08-03450 SI |
| Plaintiff(s), v. | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Landmarc Capital & Investment Co., Steven Daggett, Fidelity National Title Insurance Company | |
| Defendant(s). | |

Jennifer J. Axel (AZ023883)    , an active member in good standing of the bar of United States District Court, District of Arizona, whose business address and telephone number (particular court to which applicant is admitted) is

Zwillinger Georgelos & Greek PC
2425 E. Camelback Rd., Suite 600
Phoenix, AZ  85016          602-224-7888

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Landmarc Capital & Investment Co.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg

Hon. Susan Illston
United States Magistrate Judge