# United States District Court

Northern _____ DISTRICT OF _____ California

Gabriela Tatranska and
Drahotin Tatransky

V.

Landmarc Capital & Investment
Co.; Steven Daggett, Fidelity
National Title Insurance Company
Does 1 through 25, Inclusive

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 3450 SI

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glen L Moss (sbn 44307)
Moss & Murphy
1297 B Street
Hayward, CA 94541

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

CLERK

YUMIKO SAITO

(BY) DEPUTY CLERK

DATE: 19 AUG 2008

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                                  Signature of Server

                                                   _____
                                                   Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.