FOLGER LEVIN & KAHN LLP
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

ZWILLINGER GEORGELOS & GREEK PC
Scott H. Zwillinger (AZ 019645)
2425 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
(602) 224-7888
(602) 224-7889 (Fax)
E-mail: docket@zgglawgroup.com

Attorneys for Defendant
LANDMARC CAPITAL & INVESTMENT CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIELA TATRANSKA and DRAHOTIN TATRANSKY,<br><br>Plaintiffs,<br><br>v.<br><br>LANDMARC CAPITAL & INVESTMENT CO., STEVEN DAGGETT, FIDELITY NATIONAL TITLE INSURANCE COMPANY, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. CV-08-3450 SI<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPLUATION TO EXTEND PENDING DEADLINES AND ORAL ARGUMENT ON DEFENDANTS MOTION TO DISMISS**<br><br>Complaint filed in State Court: June 6, 2008 |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO EXTEND PENDING DEADLINES
CV-08-3450 SI

1  Pursuant to the Parties Joint Stipulation to Extend Pending Deadlines,

2  **IT IS HEREBY** ORDERED that oral argument on the Motion to Dismiss by

3  Defendant Landmarc Capital & Investment Co. ("Landmarc Capital"), which is currently

4  set for October 10, 2008 is **VACATED** and reset for December 19, 2008.

5  **IT IS FURTHER ORDERED** that the deadline for the Rule 26(f) Report, initial

6  disclosures and Case Management Statement, which is currently set for October 24, 2008

7  is **VACATED**, and reset for December 23, 2008.

8  **IT IS FURTHER ORDERED** that the Initial Case Management Conference,

9  currently set for October 31, 2008 is **VACATED** and reset for __1/16/09__ .
   @ 2 p.m.

10 **IT IS SO ORDERED**

12 _____
   Honorable Susan Ilston
   United States District Court Judge

C:\DOCUME~1\wlh\LOCALS~1\Temp\XPgrpwise\ZGLAWDM-#992613-v1-Tatranska__Proposed_Order_Granting_Continuance.DOC

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

JOINT STIPULATION TO EXTEND PENDING
DEADLINES
CV-08-3450 SI