ZWILLINGER GEORGELOS & GREEK PC
Scott H. Zwillinger (AZ Bar No. 019645, *pro hac vice*)
2425 E. Camelback Road, Suite 600
Phoenix, AZ 85015
Telephone: (602) 224-7888
Facsimile: (602) 224-7889
Email: docket@zgglawgroup.com

FOLGER LEVIN & KAHN LLP
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant
LANDMARC CAPITAL & INVESTMENT CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIELA TATRANSKA and DRAHOTIN TATRANSKY,<br><br>Plaintiffs,<br><br>v.<br><br>LANDMARC CAPITAL & INVESTMENT CO., STEVEN DAGGETT, FIDELITY NATIONAL TITLE INSURANCE COMPANY, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. CV-08-3450 SI<br><br>**JOINT STIPLUATION TO EXTEND ORAL ARGUMENT ON DEFENDANT LANDMARC CAPITAL CO'S MOTION TO DIMISS AND PENDING COURT DEADLINES**<br><br>Complaint filed in State Court: June 6, 2008 |

The parties hereby stipulate and agree to a continuance of the hearing on the Motion to Dismiss by Defendant Landmarc Capital & Investment Co. ("Landmarc Capital"), which is currently set for December 19, 2008 and agree to reset it for February 20, 2009, or a time thereafter convenient for the Court. The parties also stipulate that the deadline for the Rule 26(f) Report, initial disclosures and Case Management Statement,

1  which is currently set for December 23, 2008, is continued for a period of sixty (60) days
2  and reset for February 20, 2009.  Finally, the parties stipulate to continue the Initial Case
3  Management Conference, currently set for January 16, 2009 to a date convenient for the
4  Court.  The parties request this extension because they believe they are **very close to a**
5  **settlement**, but need additional time in order to finalize their agreement.  A proposed
6  order is being filed herewith.

    DATED this 5th day of December, 2008.

**ZWILLINGER GEORGELOS & GREEK** PC

By:  s/ Scott H. Zwillinger
Scott H. Zwillinger
2425 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
Attorneys for Defendant Landmarc Capital
& Investment Co.

**MOSS & MURPHY**

By:  s/ Scott H. Zwillinger  with permission, for
Glen Moss, Esq.
1297 B Street
Hayward, CA  94541
Attorneys for Plaintiffs

C:\Documents and Settings\ajd\Desktop\Reply\ZGLAWDM-#1000547-v1-Tatranska__2nd_stip_to_extend.DOC

The case management conference is continued to 2/20/09 @ 2 p.m.

IT IS SO ORDERED
[Signature]
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

JOINT STIPULATION TO EXTEND PENDING
DEADLINES
CV-08-3450 SI