ZWILLINGER & GREEK PC
Scott H. Zwillinger (AZ Bar No. 019645, *pro hac vice*)
2425 E. Camelback Road, Suite 600
Phoenix, AZ 85015
Telephone: (602) 224-7888
Facsimile: (602) 224-7889
Email: docket@zgglawgroup.com

FOLGER LEVIN & KAHN LLP
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant
LANDMARC CAPITAL & INVESTMENT CO.

MOSS & MURPHY
Glen Moss
1297 B Street
Hayward, CA 94541

Attorney for Plaintiffs
GABRIELA TATRANSKA and
DRAHOTIN TATRANSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIELA TATRANSKA and DRAHOTIN TATRANSKY,<br><br>Plaintiffs,<br><br>v.<br><br>LANDMARC CAPITAL & INVESTMENT CO., STEVEN DAGGETT, FIDELITY NATIONAL TITLE INSURANCE COMPANY, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. CV-08-3450 SI<br><br>**[PROPOSED] ORDER DISMISSING CLAIMS AGAINST LANDMARC CAPITAL & INVESTMENT CO.**<br><br>Complaint filed in State Court: June 6, 2008 |

The Court having considered the Stipulation to Dismiss Claims Against Defendant Landmarc Capital & Investment Co. with Prejudice, and good cause appearing,

IT IS ORDERED that all claims against Landmarc Capital & Investment Co. in the above-captioned action shall be, and hereby are, dismissed, with prejudice, and that the parties shall bear their own attorney fees and costs.

DATED:_____

_____
Honorable Susan Ilston
United States District Court Judge

::ODMA\PCDOCS\ZGLAWDM\1006435\1

-2-

[PROPOSED] ORDER DISMISSING LANDMARC CAPITAL & INVESTMENT CO.
CV-08-3450 SI