Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel. (510) 583-1155
Fax (510) 583 1299

Attorneys for Plaintiffs
Gabriela Tatranska and
Drahotin Tatransky

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| GABRIELA TATRANSKA and DRAHOTIN TATRANSKY,<br><br>Plaintiffs,<br><br>vs.<br><br>LANDMARC CAPITAL & INVESTMENT CO., STEVEN DAGGETT, FIDELITY NATIONAL TITLE INSURANCE COMPANY DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | No. CV 08 3450 SI<br>ORDER GRANTING EX PARTE MOTION TO REMAND ALL REMAINING CLAIMS TO CALIFORNIA SUPERIOR COURT IN ALAMEDA COUNTY AND PROPOSED ORDER |
|---|---|

The Court has considered the <u>ex parte</u> Motion to Remand this cause to the California Superior Court for the County of Alameda. For good cause, the motion is granted.

IT IS HEREBY ORDERED that the Clerk of this Court shall remand this case to the Superior Court of California, County of Alameda for all purposes.

Dated: April_____,2009

_____
Susan Illston, United States
District Judge

-1-